**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

RUFUS GRAY,                                                                                                      PLAINTIFF
ADC # 141375

v.                      5:13CV00042-DPM-JJV

GAYLON LAY, Warden, Cummins Unit,
Arkansas Department of Correction; *et al.*                             DEFENDANTS

**ORDER**

     1.     The Court finds service is appropriate for Defendants Gaylon Lay and Estella Murray/Bland.

     2.     The Clerk of the Court shall prepare Summons for these Defendants.

     3.     The United States Marshal is directed to serve a copy of the Complaint (Doc. No. 2) and Summons on these Defendants without prepayment of fees and costs or security therefore.

     SO ORDERED this 15th day of May, 2013.

                                                                         JOE J. VOLPE
                                                                         UNITED STATES MAGISTRATE JUDGE