# THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RUFUS GRAY**  **PLAINTIFF**
**ADC #141375**

v.	No. 5:13-cv-42-DPM-JJV

**GAYLON LAY, Warden, Cummins Unit,**
**Arkansas Department of Correction** *et al.*	**DEFENDANTS**

## ORDER

Gray filed a paper, № 7, responding to Magistrate Judge Volpe's Proposed Findings and Recommendations, № 8. He agrees that Austin and Kelly should be dismissed as defendants. № 7. Because Gray's response is not an objection, the Court reviews the proposal for clear errors of fact on the face of the record, FED. R. CIV. P. 72(b) (Advisory Committee Notes to 1983 Addition), and for legal error. Finding none, the Court adopts the proposal in full. Austin and Kelly are dismissed as defendants.

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

11 June 2013