IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RUFUS L. GRAY                                                                PLAINTIFF
ADC #141375

v.                              No. 5:13-cv-42-DPM-JJV

GAYLON LAY, Warden, Cummins Unit,
ADC and ESTELLA MURRAY/BLAND, Nurse,
Cummins Unit, ADC                                                          DEFENDANTS

ORDER

Unopposed recommendation, № 65, adopted. FED. R. CIV. P. 72(b)(Advisory Committee Notes to 1983 Addition). Motions for summary judgment, № 55 & 58, granted. Gray's complaint is dismissed with prejudice. The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

5 May 2014