IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RUFUS L. GRAY                                                         PLAINTIFF
ADC #141375

v.                          No. 5:13-cv-42-DPM

GAYLON LAY, Warden, Cummins Unit,
ADC; and ESTELLA MURRAY/BLAND, Nurse,
Cummins Unit, ADC                                                     DEFENDANTS

JUDGMENT

Gray's complaint is dismissed with prejudice.

*signature*

D.P. Marshall Jr.
United States District Judge

5 May 2014