# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**RUFUS L. GRAY**  **PLAINTIFF**
**ADC #141375**

v.  No. 5:13-cv-42-DPM

**GAYLON LAY, Warden, Cummins Unit,
ADC and ESTELLA MURRAY/BLAND, Nurse,
Cummins Unit, ADC**  **DEFENDANTS**

## ORDER

The Court of Appeals remanded for this Court to determine Gray's *in forma pauperis* status. № 71. Gray proceeded IFP here. № 1. But he did not move to proceed IFP on appeal. Moreover, this Court certified in its earlier Order that an IFP appeal would not be taken in good faith. № 66; 28 U.S.C. § 1915(a)(3). The Court confirms that ruling. If the Court of Appeals grants IFP status, this Court will, of course, calculate and collect the fee down the line.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

28 May 2014