IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RUFUS L. GRAY
ADC #141375                                                                PLAINTIFF

v.                             No. 5:13-cv-42-DPM

GAYLON LAY, Warden, Cummins Unit,
ADC and ESTELLA MURRAY/BLAND, Nurse,
Cummins Unit, ADC                                                     DEFENDANTS

ORDER

1. Motion for injunction, № 82, denied. Gray believes the ADC's bookkeeper is unlawfully taking Gray's veteran benefits from his prison account to make filing fee payments in this case. But this case was about Gray's medical treatment after a spider bite in 2012; and the bookkeeper wasn't a party. If Gray wants to litigate the benefits issue, he must exhaust any available administrative remedies and file a new lawsuit against the appropriate folks.

2. An *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 February 2017